IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | **PETITION FOR REVIEW**<br><br>Case No. ___15-1381___ |

The State of North Dakota, pursuant to Rule 15(a) of the Federal Rules of Appellate Procedure and Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1) ("CAA") and 5 U.S.C. § 702, respectfully petition this Court for review of a final rule issued by the United States Environmental Protection Agency ("EPA") published in the *Federal Register* at 80 Fed. Reg. 64509 (October 23, 2015), entitled "Greenhouse Gas Emissions from New, Modified, and Reconstructed Stationary Sources—Electric Utility Generating Units." This Court has jurisdiction, and is the proper venue for this action, pursuant to 42 U.S.C. § 7607(b)(1).

North Dakota seeks a determination by this Court that the EPA Final Rule challenged herein exceeds EPA's statutory authority, goes beyond the bounds established by the United States Constitution and is arbitrary, capricious, an abuse

of discretion and not in accordance with law and for the Court to hold unlawful and set aside the rule, and to order other such relief as may be appropriate. *See* 42 U.S.C. § 7607(d).

Dated: October 23, 2015        Respectfully submitted,

STATE OF NORTH DAKOTA
WAYNE STENEHJEM
ATTORNEY GENERAL

_____
Paul M. Seby
Special Assistant Attorney General
State of North Dakota
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel. (303) 295-8430
Fax (303) 291-9177
Email: pmseby@hollandhart.com

Margaret Olson
Assistant Attorney General
North Dakota Attorney General's Office
600 E. Boulevard Avenue #125
Bismarck, ND 58505
Tel. (701) 328-3640
Email: ndag@nd.gov
         maiolson@nd.gov

***Counsel for Petitioner State of North Dakota***

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | **PETITION FOR REVIEW**<br><br>Case No. _____ |

## PETITIONER'S PROVISIONAL CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rules 15(c)(3) and 28(a)(1), Petitioner states as follows:

**(A)   Parties and Amici:**

The parties in this case are the State of North Dakota (Petitioner) and the United States Environmental Protection Agency (Respondent).

**(B)   Rulings Under Review:**

Under review in this case is final action of the United States Environmental Protection Agency published in the Federal Register at 80 Fed. Reg. 64509 (October 23, 2015), entitled "Greenhouse Gas Emissions from New, Modified, and Reconstructed Stationary Sources—Electric Utility Generating Units."

**(C)** **Related Cases:**

None.

Dated: October 23, 2015

Respectfully submitted,

STATE OF NORTH DAKOTA
WAYNE STENEHJEM
ATTORNEY GENERAL

*/s/ Paul M. Seby*

Paul M. Seby
Special Assistant Attorney General
State of North Dakota
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel. (303) 295-8430
Fax (303) 291-9177
Email: pmseby@hollandhart.com

Margaret Olson
Assistant Attorney General
North Dakota Attorney General's Office
600 E. Boulevard Avenue #125
Bismarck, ND 58505
Tel. (701) 328-3640
Email: ndag@nd.gov
         maiolson@nd.gov

***Counsel for Petitioner State of North Dakota***

2

## CERTIFICATE OF SERVICE

I hereby certify that I will cause to be served a true copy of the Docketing Statement, Petition for Review, and Petitioner's Provisional Certificate as to Parties, Rulings, and Related Cases via U.S. mail on the 23rd day of October, 2015, upon the following:

Hon. Regina McCarthy
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

Hon. Loretta E. Lynch
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

                                    /s/ Paul M. Seby
Paul M. Seby
Special Assistant Attorney General
State of North Dakota
***Counsel for Petitioner State of North Dakota***

8168269_1