ORAL ARGUMENT NOT YET SCHEDULED

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of North Dakota,<br><br>   *Petitioner*,<br><br>v.<br><br>U.S. Environmental Protection Agency,<br><br>   *Respondent*. | No. 15-1381<br>(consolidated with 15-1396, 15-1397, 15-1399, 15-1434, 15-1438, 15-1448, 15-1456, 15-1458, 15-1463, 15-1468, 15-1469, 15-1480, 15-1481, 15-1482, 15-1484) |

## PETITIONERS' UNOPPOSED MOTION TO EXTEND TIME
## TO FILE BRIEFING PROPOSAL

Petitioners in all of the above cases hereby jointly move for an extension of time to file a briefing proposal until no later than 14 days after the Court orders a briefing schedule in *West Virginia v. EPA*, No. 15-1363 (and consolidated cases) (D.C. Cir.). In support of this motion, Movants state the following:

1. In these consolidated cases, 71 petitioners have filed 16 petitions for review of a final rule promulgated by the U.S. Environmental Protection Agency ("EPA"), entitled "Standards of Performance for Greenhouse Gas Emissions From New, Modified, and Reconstructed Stationary Sources: Electric Utility Generating Units," 80 Fed. Reg. 64,510 (Oct. 23, 2015) ("New Source Rule").

2. Seventy of the 71 petitioners in this case have also filed petitions for review (or motions to intervene in such reviews) of an EPA rule promulgated the

same day that addresses greenhouse gas emissions from existing electric utility generating units, 80 Fed. Reg. 64,662 (Oct. 23, 2015) ("Existing Source Rule"). The 42 petitions for review of the Existing Source Rule have been or are in the process of being consolidated under *West Virginia v. EPA*, No. 15-1363, a case the Court has designated as related to this one.

3.      The statutory 60-day period to file petitions for review of both Clean Air Act rules expired December 22, 2015. 42 U.S.C. § 7607(b). Thus, the Court has now received all petitions for review challenging both the New Source Rule and the Existing Source Rule.

4.       On November 24, 2015, Respondent EPA filed a motion to extend the deadline for filing proposals establishing a briefing schedule in this case, until after the statutory deadline for filing petitions for review had passed so that EPA could consult with all parties in the case. ECF No. 1585345.

5.      On December 1, 2015, before the deadline to file responses to EPA's motion, the Court granted the motion, setting a deadline of January 11, 2016, to submit "proposed formats for the briefing of these cases." Order at 1, ECF No. 1586106. At the time of the Order, only four of the 16 petitions for review of the New Source Rule had been filed.

6.      The over-200 parties in the *West Virginia* case have fully briefed a proposal by Petitioners to establish a briefing format and schedule in that case, *see* ECF Nos. 1587531 (Petitioners' Joint Motion filed Dec. 8, 2015); 1589819

(Respondent EPA's Response filed Dec. 21, 2015); 1589874 (Movant-Respondent-Intervenors' Response filed Dec. 21, 2015); 1589896 (Movant-Respondent-Intervenor Power Companies' Response filed Dec. 21, 2015); 1591397 (State Petitioners' Reply filed Dec. 31, 2015); 1591448 (Non-State Petitioners' Reply filed Dec. 31, 2015). Under Petitioners' proposal, the Petitioners' opening brief(s) would be due January 29, 2016. EPA and intervenors in support of EPA have opposed that proposal. The parties now await an order from the Court. If the proposal is granted, EPA and all but one of the petitioners in this case (and their counsel) will soon be engaged in briefing the *West Virginia* case.

7.    To allow the parties to propose a briefing proposal in the present case that takes into account the briefing schedule in the *West Virginia* case, Movants respectfully request the Court to extend the deadline to file a briefing proposal in this case until no later than 14 days after the Court has issued a briefing order in the *West Virginia* case. Such an extension will allow the parties in this case to consider the briefing schedule in the *West Virginia* case in devising a manageable proposal to govern the briefing of this case.

8.    Movants consulted with Respondent EPA to determine its position on this motion and are authorized by EPA to represent as follows: "EPA does not oppose the Movants' requested extension, provided that the parties are not precluded from submitting a proposed merits briefing schedule at an earlier date than that described in this motion if appropriate.  EPA reserves its right to file a written

-3-

response to this motion if, after reviewing the filed motion, EPA deems such response necessary to further clarify its position."

For the foregoing reasons, Movants respectfully request an extension of time to file proposals to establish a briefing schedule in these consolidated cases until no later than 14 days after the Court establishes a briefing schedule in *West Virginia v. EPA*, No. 15-1363 (and consolidated cases) (D.C. Cir.).

Dated: January 6, 2016                    Respectfully submitted,

                                          /s/ Paul M. Seby
                                          Wayne Stenehjem
                                            ATTORNEY GENERAL OF NORTH
                                            DAKOTA
                                          Margaret Olson
                                            Assistant Attorney General
                                          North Dakota Attorney General's Office
                                          600 E. Boulevard Avenue #125
                                          Bismarck, ND  58505
                                          Tel:  (701) 328-3640
                                          ndag@nd.gov
                                          maiolson@nd.gov

                                          Paul M. Seby
                                            Special Assistant Attorney General
                                            State of North Dakota
                                          GREENBERG TRAURIG, LLP
                                          1200 17th Street, Suite 2400
                                          Denver, CO  80202
                                          Tel:  (303) 572-6584
                                          Fax:  (303) 572-6540
                                          sebyp@gtlaw.com

                                          *Counsel for Petitioner State of North Dakota*

/s/ Elbert Lin
Patrick Morrisey
  ATTORNEY GENERAL OF WEST
  VIRGINIA
Elbert Lin
  Solicitor General
  *Counsel of Record*
J. Zak Ritchie
  Assistant Attorney General
State Capitol Building 1, Room 26-E
Charleston, WV 25305
Tel: (304) 558-2021
Fax: (304) 558-0140
elbert.lin@wvago.gov

*Counsel for Petitioner State of West Virginia*


/s/ Andrew Brasher
Luther Strange
  ATTORNEY GENERAL OF ALABAMA
Andrew Brasher
  Solicitor General
  *Counsel of Record*
501 Washington Avenue
Montgomery, AL 36130
Tel: (334) 590-1029
abrasher@ago.state.al.us

*Counsel for Petitioner State of Alabama*


/s/ Scott A. Keller
Ken Paxton
  ATTORNEY GENERAL OF TEXAS
Charles E. Roy
  First Assistant Attorney General
Scott A. Keller
  Solicitor General
  *Counsel of Record*
P.O. Box 12548
Austin, TX 78711-2548
Tel: (512) 936-1700
scott.keller@texasattorneygeneral.gov

*Counsel for Petitioner State of Texas*


/s/ John R. Lopez IV
Mark Brnovich
  ATTORNEY GENERAL OF ARIZONA
John R. Lopez IV
  *Counsel of Record*
Dominic E. Draye
Keith Miller
  Assistant Attorneys General
Maureen Scott
Janet Wagner
Janice Alward
  Arizona Corp. Commission,
  Staff Attorneys
1275 West Washington
Phoenix, AZ 85007
Tel: (602) 542-5025
john.lopez@azag.gov

*Counsel for Petitioner Arizona Corporation Commission*

/s/ Jamie L. Ewing
Leslie Rutledge
   ATTORNEY GENERAL OF ARKANSAS
Lee Rudofsky
   Solicitor General
Jamie L. Ewing
   Assistant Attorney General
   *Counsel of Record*
323 Center Street, Suite 400
Little Rock, AR  72201
Tel:  (501) 682-5310
jamie.ewing@arkansasag.gov

*Counsel for Petitioner State of Arkansas*

/s/ Allen Winsor
Pamela Jo Bondi
   ATTORNEY GENERAL OF FLORIDA
Allen Winsor
   Solicitor General of Florida
   *Counsel of Record*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL  32399-1050
Tel:  (850) 414-3681
Fax:  (850) 410-2672
allen.winsor@myfloridalegal.com

*Counsel for Petitioner State of Florida*

/s/ Britt C. Grant
Samuel S. Olens
   ATTORNEY GENERAL OF GEORGIA
Britt C. Grant
   Solicitor General
   *Counsel of Record*
40 Capitol Square S.W.
Atlanta, GA  30334
Tel:  (404) 656-3300
Fax: (404) 463-9453
bgrant@law.ga.gov

*Counsel for Petitioner State of Georgia*

/s/ Timothy Junk
Gregory F. Zoeller
   ATTORNEY GENERAL OF INDIANA
Timothy Junk
   Deputy Attorney General
   *Counsel of Record*
Indiana Government Ctr. South
Fifth Floor
302 West Washington Street
Indianapolis, IN  46205
Tel:  (317) 232-6247
tim.junk@atg.in.gov

*Counsel for Petitioner State of Indiana*

/s/ Jeffrey A. Chanay
Derek Schmidt
    ATTORNEY GENERAL OF KANSAS
Jeffrey A. Chanay
    Chief Deputy Attorney General
    *Counsel of Record*
Bryan C. Clark
    Assistant Solicitor General
120 S.W. 10th Avenue, 3rd Floor
Topeka, KS  66612
Tel:  (785) 368-8435
Fax: (785) 291-3767
jeff.chanay@ag.ks.gov

*Counsel for Petitioner State of Kansas*

/s/ Jack Conway
Jack Conway
    ATTORNEY GENERAL OF KENTUCKY
    *Counsel of Record*
700 Capital Avenue
Suite 118
Frankfort, KY  40601
Tel:  (502) 696-5650
gregory.dutton@ky.gov

*Counsel for Petitioner Commonwealth of Kentucky*

/s/ Megan K. Terrell
James D. "Buddy" Caldwell
    ATTORNEY GENERAL OF LOUISIANA
Megan K. Terrell
    Deputy Director, Civil Division
    *Counsel of Record*
1885 N. Third Street
Baton Rouge, LA  70804
Tel:  (225) 326-6705
terrellm@ag.state.la.us

*Counsel for Petitioner State of Louisiana*

/s/ Donald Trahan
Herman Robinson
    Executive Counsel
Donald Trahan
    *Counsel of Record*
Elliott Vega
LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
Legal Division
P.O. Box 4302
Baton Rouge, LA  70821-4302
Tel:  (225) 219-3985
Fax:  (225) 219-4068
donald.trahan@la.gov

*Counsel for Petitioner State of Louisiana Department of Environmental Quality*

/s/ Aaron D. Lindstrom

Bill Schuette
   ATTORNEY GENERAL FOR THE PEOPLE
   OF MICHIGAN
Aaron D. Lindstrom
   Michigan Solicitor General
   *Counsel of Record*
P.O. Box 30212
Lansing, MI 48909
Tel: (515) 373-1124
Fax: (517) 373-3042
LindstromA@michigan.gov

*Counsel for Petitioner People of the State of Michigan*

/s/ James R. Layton

Chris Koster
   ATTORNEY GENERAL OF MISSOURI
James R. Layton
   Solicitor General
   *Counsel of Record*
P.O. Box 899
207 W. High Street
Jefferson City, MO 65102
Tel: (573) 751-1800
Fax: (573) 751-0774
james.layton@ago.mo.gov

*Counsel for Petitioner State of Missouri*

/s/ Dale Schowengerdt

Timothy C. Fox
   ATTORNEY GENERAL OF MONTANA
Alan Joscelyn
   Chief Deputy Attorney General
Dale Schowengerdt
   Solicitor General
   *Counsel of Record*
215 North Sanders
Helena, MT 59620-1401
Tel: (406) 444-7008
dales@mt.gov

*Counsel for Petitioner State of Montana*

/s/ Justin D. Lavene

Doug Peterson
   ATTORNEY GENERAL OF NEBRASKA
Dave Bydlaek
   Chief Deputy Attorney General
Justin D. Lavene
   Assistant Attorney General
   *Counsel of Record*
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-2834
justin.lavene@nebraska.gov

*Counsel for Petitioner State of Nebraska*

/s/ Eric E. Murphy
Michael DeWine
  ATTORNEY GENERAL OF OHIO
Eric E. Murphy
  State Solicitor
    *Counsel of Record*
30 E. Broad Street, 17th Floor
Columbus, OH  43215
Tel:  (614) 466-8980
eric.murphy@ohioattorneygeneral.gov

*Counsel for Petitioner State of Ohio*

/s/ P. Clayton Eubanks
E. Scott Pruitt
  ATTORNEY GENERAL OF OKLAHOMA
Patrick R. Wyrick
  Solicitor General of Oklahoma
P. Clayton Eubanks
  Deputy Solicitor General
    *Counsel of Record*
Office of Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK  73105
Tel:  (405) 521-4396
Fax:  (405) 522-0669
Patrick.wyrick@oag.state.ok.us
Clayton.eubanks@oag.ok.gov

*Counsel for Petitioner State of Oklahoma*

/s/ James Emory Smith, Jr.
Alan Wilson
  ATTORNEY GENERAL OF SOUTH
  CAROLINA
Robert D. Cook
  Solicitor General
James Emory Smith, Jr.
  Deputy Solicitor General
    *Counsel of Record*
P.O. Box 11549
Columbia, SC  29211
Tel:  (803) 734-3680
Fax: (803) 734-3677
Esmith@scag.gov

*Counsel for Petitioner State of South Carolina*

/s/ Steven R. Blair
Marty J. Jackley
  ATTORNEY GENERAL OF SOUTH
  DAKOTA
Steven R. Blair
  Assistant Attorney General
    *Counsel of Record*
1302 E. Highway 14, Suite 1
Pierre, SD  57501
Tel:  (605) 773-3215
steven.blair@state.sd.us

*Counsel for Petitioner State of South Dakota*

/s/ Tyler R. Green

Sean Reyes
  ATTORNEY GENERAL OF UTAH
Tyler R. Green
  Solicitor General
  *Counsel of Record*
Parker Douglas
  Federal Solicitor
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, UT 84114-2320
tylergreen@utah.gov
pdouglas@utah.gov

*Counsel for Petitioner State of Utah*


/s/ James Kaste

Peter K. Michael
  ATTORNEY GENERAL OF WYOMING
James Kaste
  Deputy Attorney General
  *Counsel of Record*
Michael J. McGrady
Erik Petersen
  Senior Assistant Attorneys General
Elizabeth Morrisseau
  Assistant Attorney General
2320 Capitol Avenue
Cheyenne, WY 82002
Tel: (307) 777-6946
Fax: (307) 777-3542
james.kaste@wyo.gov

*Counsel for Petitioner State of Wyoming*


/s/ Misha Tseytlin

Brad Schimel
  ATTORNEY GENERAL OF WISCONSIN
Misha Tseytlin
  Solicitor General
  *Counsel of Record*
Andrew Cook
  Deputy Attorney General
Delanie M. Breuer
  Assistant Deputy Attorney General
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53707
Tel: (608) 267-8901
tseytlinm@doj.state.wi.us

*Counsel for Petitioner State of Wisconsin*


/s/ Sam M. Hayes

Sam M. Hayes
  General Counsel
  *Counsel of Record*
Craig Bromby
  Deputy General Counsel
Andrew Norton
  Deputy General Counsel
NORTH CAROLINA DEPARTMENT OF
ENVIRONMENTAL QUALITY
1601 Mail Service Center
Raleigh, NC 27699-1601
Tel: (919) 707-8616
sam.hayes@ncdenr.gov

*Counsel for Petitioner North Carolina Department of Environmental Quality*

/s/ Allison D. Wood
F. William Brownell
Allison D. Wood
Henry V. Nickel
Tauna M. Szymanski
Andrew D. Knudsen
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel: (202) 955-1500
bbrownell@hunton.com
awood@hunton.com
hnickel@hunton.com
tszymanski@hunton.com
aknudsen@hunton.com

*Counsel for Petitioners Utility Air Regulatory*
*Group and American Public Power Association*

/s/ Margaret Claiborne Campbell
Margaret Claiborne Campbell
Angela J. Levin
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308-2216
Tel: (404) 885-3000
margaret.campbell@troutmansanders.com
angela.levin@troutmansanders.com

*Counsel for Petitioner Georgia Power Company*

/s/ Ralph A. Peterson
Ralph A. Peterson
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
Tel: (850) 432-2451
RAP@beggslane.com

*Counsel for Petitioner Gulf Power Company*

/s/ Randy E. Brogdon
Randy E. Brogdon
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308-2216
Tel: (404) 885-3000
randy.brogdon@troutmansanders.com

*Counsel for Petitioner Southern Power Company*

/s/ C. Grady Moore, III
C. Grady Moore, III
Steven G. McKinney
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35303-4642
Tel: (205) 251-8100
Fax: (205) 488-5704
gmoore@balch.com
smckinney@balch.com

*Counsel for Petitioner Alabama Power Company*

/s/ Terese T. Wyly
Terese T. Wyly
Ben H. Stone
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931
Tel: (228) 214-0413
twyly@balch.com
bstone@balch.com

*Counsel for Petitioner Mississippi Power Company*

/s/ David M. Flannery
David M. Flannery
Kathy G. Beckett
Edward L. Kropp
STEPTOE & JOHNSON, PLLC
Chase Tower, Eighth Floor
Post Office Box 1588
Charleston, WV  25326
Tel:  (304) 353-8000
dave.flannery@steptoe-johnson.com
kathy.beckett@steptoe-johnson.com
skipp.kropp@steptoe-johnson.com

Stephen L. Miller
STEPTOE & JOHNSON, PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, KY  40222
Tel:  (502) 423-2000
steve.miller@steptoe-johnson.com

*Counsel for Petitioner Indiana Utility Group*

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Thomas L. Casey III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Suite 1500
Birmingham, AL  35203
Tel:  (205) 251-8100
sgidiere@balch.com

Stephanie Z. Moore
Vice President and General Counsel
Luminant Generation Company LLC
1601 Bryan Street, 22nd Floor
Dallas, TX  75201

Daniel J. Kelly
Vice President and Associate General
   Counsel
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, TX  75201

*Counsel for Petitioners Luminant Generation Company LLC; Oak Grove Management Company LLC; Big Brown Power Company LLC; Sandow Power Company LLC; Big Brown Lignite Company LLC; Luminant Mining Company LLC; and Luminant Big Brown Mining Company LLC*

*Of Counsel*

Rae Cronmiller
Environmental Counsel
NATIONAL ASSOCIATION OF RURAL
ELECTRIC COOPERATIVES
4301 Wilson Blvd.
Arlington, VA 22203
Tel: (703) 907-5500
rae.cronmiller@nreca.coop

/s/ Thomas A. Lorenzen
Thomas A. Lorenzen
D.C. Cir. Bar No. 394369
Daniel W. Wolff
Sherrie A. Armstrong
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
tlorenzen@crowell.com
dwolff@crowell.com
sarmstrong@crowell.com

*Counsel for Petitioners National Rural Electric*
*Cooperative Association; Sunflower Electric*
*Power Corporation; and Tri-State Generation*
*and Transmission Association, Inc.*

/s/ Christina F. Gomez
Christina F. Gomez
Garrison W. Kaufman
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8000
Fax: (303) 295-8261
cgomez@hollandhart.com
gwkaufman@hollandhart.com

Patrick R. Day
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
Cheyenne, WY 82001
Tel: (307) 778-4200
Fax: (307) 778-8175
pday@hollandhart.com

*Counsel for Petitioner Basin Electric Power*
*Cooperative*

/s/ John M. Holloway III
John M. Holloway III, DC Bar # 494459
SUTHERLAND ASBILL & BRENNAN LLP
700 Sixth Street, N.W., Suite 700
Washington, D.C. 20001
Tel: (202) 383-0100
Fax: (202) 383-3593
jay.holloway@sutherland.com

*Counsel for Petitioners East Kentucky Power*
*Cooperative, Inc.; Hoosier Energy Rural*
*Electric Cooperative, Inc.; and Minnkota Power*
*Cooperative, Inc.*

/s/ Peter S. Glaser
Peter S. Glaser
TROUTMAN SANDERS LLP
401 Ninth Street N.W., Suite 1000
Washington, D.C.  20004
Tel:  (202) 274-2998
Fax:  (202) 654-5611
peter.glaser@troutmansanders.com

Carroll W. McGuffey III
Justin T. Wong
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308
Tel:  (404) 885-3000
mack.mcguffey@troutmansanders.com
justin.wong@troutmansanders.com

*Counsel for Petitioner National Mining
Association*

/s/ Jeffrey R. Holmstead
Jeffrey R. Holmstead
Sandra Y. Snyder
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, D.C.  20006-1872
Tel:  (202) 828-5852
Fax:  (202) 857-4812
jeff.holmstead@bgllp.com

*Counsel for Petitioner American Coalition for
Clean Coal Electricity*

/s/ Geoffrey K. Barnes

Geoffrey K. Barnes
J. Van Carson
Wendlene M. Lavey
John D. Lazzaretti
Robert D. Cheren
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, OH  44114
Tel:  (216) 479-8646
geoffrey.barnes@squirepb.com

*Counsel for Petitioner Murray Energy Corporation*

/s/ Tristan L. Duncan

Tristan L. Duncan
Thomas J. Grever
Justin D. Smith
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64018
Tel:  (816) 474-6550
Fax: (816) 421-5547
tlduncan@shb.com
tgrever@shb.com
jxsmith@shb.com

Jonathan S. Massey
MASSEY & GAIL, LLP
1325 G Street, N.W., Suite 500
Washington, D.C.  20005
Tel:  (202) 652-4511
Fax:  (312) 379-0467

*Counsel for Petitioner Peabody Energy Corporation*

/s/ Eugene M. Trisko
Eugene M. Trisko
LAW OFFICES OF EUGENE M. TRISKO
P.O. Box 596
Berkeley Springs, WV 25411
Tel: (304) 258-1977
Tel: (301) 639-5238 (cell)
emtrisko7@gmail.com

*Counsel for Petitioner International Brotherhood*
*of Boilermakers, Iron Ship Builders,*
*Blacksmiths, Forgers & Helpers, AFL-CIO*

/s/ Grant F. Crandall
Grant F. Crandall
General Counsel
UNITED MINE WORKERS OF AMERICA
18354 Quantico Gateway Drive
Triangle, VA 22172
Tel: (703) 291-2429
gcrandall@umwa.org

Arthur Traynor, III
Staff Counsel
UNITED MINE WORKERS OF AMERICA
18354 Quantico Gateway Drive
Triangle, VA 22172
Tel: (703) 291-2457
atraynor@umwa.org

Eugene M. Trisko
LAW OFFICES OF EUGENE M. TRISKO
P.O. Box 596
Berkeley Springs, WV 25411
Tel: (304) 258-1977
emtrisko7@gmail.com

*Counsel for Petitioner United Mine Workers of*
*America, AFL-CIO*

/s/ Peter D. Keisler
Peter D. Keisler
Roger R. Martella, Jr.
C. Frederick Beckner III
Paul J. Zidlicky
Erika L. Maley
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, D.C.  20005
Tel:  (202) 736-8027
pkeisler@sidley.com
rmartella@sidley.com
rbeckner@sidley.com

*Counsel for Petitioners Chamber of Commerce of
the United States of America; National
Association of Manufacturers; American Fuel
& Petrochemical Manufacturers; National
Federation of Independent Business; American
Chemistry Council; American Coke and Coal
Chemicals Institute; American Foundry Society;
American Forest & Paper Association;
American Iron & Steel Institute; American
Wood Council; Brick Industry Association;
Electricity Consumers Resource Council; Lignite
Energy Council; National Lime Association;
National Oilseed Processors Association; and
Portland Cement Association*

/s/ Steven P. Lehotsky
Steven P. Lehotsky
Sheldon B. Gilbert
U.S. Chamber Litigation Center, Inc.
1615 H Street, N.W.
Washington, D.C.  20062
Tel:  (202) 463-5337
slehotsky@uschamber.com

*Counsel for Petitioner Chamber of Commerce of
the United States of America*

/s/ Quentin Riegel

Linda E. Kelly
Quentin Riegel
MANUFACTURERS' CENTER FOR LEGAL ACTION
733 10th Street, N.W., Suite 700
Washington, D.C. 20001
Tel: (202) 637-3000
qriegel@nam.org

*Counsel for Petitioner National Association of Manufacturers*

/s/ Karen R. Harned

Karen R. Harned
Executive Director
Elizabeth A. Gaudio
Senior Executive Counsel
NATIONAL FEDERATION OF INDEPENDENT BUSINESS
SMALL BUSINESS LEGAL CENTER
1201 F Street, N.W., Suite 200
Washington, D.C. 20004
Tel: (202) 314-2061
karen.harned@nfib.org
elizabeth.milito@nfib.org

*Counsel for Petitioner National Federation of Independent Business*

/s/ Richard S. Moskowitz

Richard S. Moskowitz
AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS
1667 K Street, N.W., Suite 700
Washington, D.C. 20006
Tel: (202) 457-0480
rmoskowitz@afpm.org

*Counsel for Petitioner American Fuel & Petrochemical Manufacturers*

/s/ Chaim Mandelbaum

Chaim Mandelbaum
Litigation Manager
FREE MARKET ENVIRONMENTAL LAW CLINIC
726 N. Nelson Street, Suite 9
Arlington, VA 22203
Tel: (703) 577-9973
chaim12@gmail.com

*Counsel for Petitioner Energy and Environment Legal Institute*

ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

State of North Dakota,

*Petitioner*,

v.

U.S. Environmental Protection Agency,

*Respondent*.

No. 15-1381
(consolidated with 15-1396, 15-1397, 15-1399, 15-1434, 15-1438, 15-1448, 15-1456, 15-1458, 15-1463, 15-1468, 15-1469, 15-1480, 15-1481, 15-1482, 15-1484)

## PETITIONERS' CERTIFICATE AS TO PARTIES
## AND *AMICI CURIAE*

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A), Petitioners state as follows:

**A.    Parties, Intervenors, and *Amici Curiae***

These cases involve the following parties:

**Petitioners:**

No. 15-1381:        State of North Dakota.

No. 15-1396:        Murray Energy Corporation.

No. 15-1397:        Energy & Environment Legal Institute.

No. 15-1399:        State of West Virginia; State of Alabama; State of Arizona

Corporation Commission; State of Arkansas; State of Florida; State of Georgia; State

of Indiana; State of Kansas; Commonwealth of Kentucky; State of Louisiana; State of

Louisiana Department of Environmental Quality; Attorney General Bill Schuette, People of Michigan; State of Missouri; State of Montana; State of Nebraska; The North Carolina Department of Environmental Quality; State of Ohio; State of Oklahoma; State of South Carolina; State of South Dakota; State of Texas; State of Utah; State of Wisconsin; and State of Wyoming.

No. 15-1434:     International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers, AFL-CIO.

No. 15-1438:     Peabody Energy Corporation.

No. 15-1448:     Utility Air Regulatory Group and American Public Power Association.

No. 15-1456:     National Mining Association.

No. 15-1458:     Indiana Utility Group.

No. 15-1463:     United Mine Workers of America, AFL-CIO.

No. 15-1468:     Alabama Power Company; Georgia Power Company; Gulf Power Company; Mississippi Power Company; and Southern Power Company.

No. 15-1469:     Chamber of Commerce of the United States of America; National Association of Manufacturers; American Fuel & Petrochemical Manufacturers; National Federation of Independent Business; American Chemistry Council; American Coke and Coal Chemicals Institute; American Foundry Society; American Forest & Paper Association; American Iron & Steel Institute; American Wood Council; Brick Industry Association; Electricity Consumers Resource Council;

Lignite Energy Council; National Lime Association; National Oilseed Processors Association; and Portland Cement Association.

No. 15-1480:        Biogenic CO2 Coalition.

No. 15-1481:        American Coalition for Clean Coal Electricity.

No. 15-1482:        Luminant Generation Company LLC; Oak Grove Management Company LLC; Big Brown Power Company LLC; Sandow Power Company LLC; Big Brown Lignite Company LLC; Luminant Mining Company LLC; and Luminant Big Brown Mining Company LLC.

No. 15-1484:        National Rural Electric Cooperative Association; Basin Electric Power Cooperative; East Kentucky Power Cooperative, Inc.; Hoosier Energy Rural Electric Cooperative, Inc.; Minnkota Power Cooperative, Inc.; Sunflower Electric Power Corporation; and Tri-State Generation and Transmission Association, Inc.

**Respondents:**

Respondents are the United States Environmental Protection Agency (in Nos. 15-1381, 15-1397, 15-1434, 15-1448, 15-1456, 15-1463, 15-1481, 15-1484) and the United States Environmental Protection Agency and Gina McCarthy, Administrator (in Nos. 15-1396, 15-1399, 15-1438, 15-1458, 15-1468, 15-1469, 15-1480, 15-1482).

**Intervenors and *Amici Curiae*:**

Lignite Energy Council and Gulf Coast Lignite Coalition are movant Intervenor-Petitioners.

American Lung Association; Center for Biological Diversity; Clean Air Council; Clean Wisconsin; Conservation Law Foundation; Environmental Defense Fund; Golden Spread Electric Cooperative, Inc.; Natural Resources Defense Council; NextEra Energy, Inc.; Ohio Environmental Council; Sierra Club; State of California by and through Governor Edmund G. Brown, Jr., and the California Air Resources Board, and Attorney General Kamala D. Harris; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Iowa; State of Maine; State of Maryland; State of Minnesota by and through the Minnesota Pollution Control Agency; State of New Hampshire; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington; Commonwealth of Massachusetts; Commonwealth of Virginia; District of Columbia; City of New York; are movant Intervenor-Respondents.

There are no movant *Amici Curiae* or *Amici Curiae*.

Dated:  January 6, 2016                          Respectfully submitted,

/s/ Thomas A. Lorenzen
Thomas A. Lorenzen

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Circuit Rule 25, I hereby certify that on this 6th day of January 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court and served on counsel of record by using the Court's CM/ECF system.

/s/ Thomas A. Lorenzen
Thomas A. Lorenzen