**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF NORTH DAKOTA, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 15-1381 (and consolidated cases) |

**RESPONSE OF PETITIONER-INTERVENORS GULF COAST LIGNITE COALITION AND THE LIGNITE ENERGY COUNCIL TO THE COURT'S ORDER OF APRIL 13, 2016**

MARK WALTERS
MIKE NASI
JACKSON WALKER L.L.P.
100 Congress Avenue
Suite 100
Austin, Texas 78701
TEL: (512) 236-2000
FAX: (512) 236-2002
mwalters@jw.com
mnasi@jw.com

DOUGLAS BRYAN HUGHES
LAW OFFICE OF DOUGLAS BRYAN HUGHES
701 North Pacific Avenue
Mineola, Texas 75773
TEL: (903) 569-8880
FAX: (903) 569-8889
bryan@hughesfirm.com

**ATTORNEYS FOR THE LIGNITE ENERGY COUNCIL AND THE GULF COAST LIGNITE COALITION**

By Order of the Court dated January 12, Petitioner-Intervenors the Lignite Energy Council (LEC) and the Gulf Coast Lignite Coalition (GCLC) were granted leave to participate as intervenors in support of Petitioners (Doc. 1592984).

Subsequently, the Non-State Petitioners and Petitioner-Intervenors filed their Proposed Briefing Format and Schedule (Doc. 1600188) in which they requested the Court to allocate a separate brief for Petitioner-Intervenors. Thereafter, the Court entered a scheduling order on March 24, 2016 (Doc. 1605581), in which the Court allocated a separate opening brief of 7,000 words for Petitioner-Intervenors.

On April 13, the Court entered an Order granting additional Motions to Intervene (Doc. 1608518). That Order included language customarily included where the Court has not yet entered a scheduling order, including the statement that "[a] schedule for the filing of briefs will be established by future order" and an instruction that "[a]ny intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order."

Out of an abundance of caution, Petitioner-Intervenors LEC and GCLC advise the Court of their continued intention to participate as intervenors on the side of Petitioners for the reasons set forth in (and with respect to the issues identified in) the Proposed Briefing Format and Schedule of Non-State Petitioners and Petitioner-Intervenors (Doc. 1600188). LEC and GCLC intend to file a

Petitioner-Intervenors brief consistent with the Court's scheduling order of March 24 (Doc. 1605581).

Respectfully submitted,

/s/ *Mark Walters*

| | |
|---|---|
| MARK WALTERS | DOUGLAS BRYAN HUGHES |
| MIKE NASI | LAW OFFICE OF DOUGLAS BRYAN HUGHES |
| JACKSON WALKER L.L.P. | |
| 100 Congress Avenue | 701 North Pacific Avenue |
| Suite 100 | Mineola, Texas 75773 |
| Austin, Texas 78701 | TEL: (903) 569-8880 |
| Tel: (512) 236-2000 | FAX: (903) 569-8889 |
| Fax: (512) 236-2002 | bryan@hughesfirm.com |
| mwalters@jw.com | |
| mnasi@jw.com | |

April 27, 2016.

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 27 day of April, 2016, a copy of the foregoing was served electronically through the Court's CM/ECF system on all ECF-registered counsel.

                                /s/ *Mark Walters*
                                Mark Walters